# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  14-cv-01534-LTB-MJW | FTR - Courtroom A-502 |
| **Date:**   December 18, 2014 | Courtroom Deputy, Ellen E. Miller |

| *Parties* | *Counsel* |
|---|---|
| PARKER EXCAVATING, INC., a Colorado corporation, | Elliot D. Fladen |
| Plaintiff(s), | |
| v. | |
| LAFARGE WEST, INC., a Delaware corporation, MARTIN MARIETTA MATERIALS, INC., a North Carolina corporation, NICK GUERRA, ALF RANDALL, in his individual capacity, ROBERT SCHMIDT, in his individual capacity, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | Kristin A. George William T. O'Connell, III Jonathan G. Pray (Hannah L. Misner) (Jonathan A. Cross) |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   MOTION   HEARING**
**Court in session:**   2:04 p.m.
Court calls case.  Appearances of counsel.

Hannah L. Misner and Jonathan A. Cross appear today without having filed any Entry of Appearance.  in accordance with ECF Procedures, counsel is required to enter his/her appearance through the electronic filing system.

**It is ORDERED:**         On or before   **DECEMBER 30, 2014**, attorneys HANNAH L. MISNER and JONATHAN A. CROSS shall file their electronic  Entries of Appearance.

The Court raises Parker Excavating, Inc.'s Motion for a Forthwith Hearing to Compel Discovery Responses and Extend Expert Report Deadline for argument.

Argument and discussion is heard.

**It is ORDERED:**         PARKER EXCAVATING, INC.'S MOTION FOR A FORTHWITH HEARING TO COMPEL DISCOVERY RESPONSES AND EXTEND

> EXPERT REPORT DEADLINE [Docket No. **52**, filed December 05, 2014] is **DENIED** for reasons as set forth on the record.

Plaintiff makes an Oral Motion to Reconsider the Court's ruling.

**It is ORDERED:**   The PLAINTIFF'S ORAL MOTION TO RECONSIDER is **DENIED** for reasons as set forth on the record.

Hearing concluded.

**Court in recess:**   2:25 p.m.
Total in-court time: 00:21

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.