**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 14-cv-01534-LTB-MJW

PARKER EXCAVATING, INC., a Colorado corporation,

    Plaintiff,

v.

LAFARGE WEST, INC., a Delaware corporation,
MARTIN MARIETTA MATERIALS, INC., a North Carolina corporation,
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,
NICK GUERRA,
ALF RANDALL, in his individual capacity, and
ROBERT SCHMIDT, in his individual capacity,

    Defendants.

---

**MINUTE ORDER**
---
BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendants' Unopposed Motion for Leave to File Amended Trial Exhibit Lists (Doc 107 - filed July 23, 2015) is **GRANTED up to and including July 27, 2015**.

Dated:   July 24, 2015

---