IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01534-LTB-MJW

PARKER EXCAVATING, INC., a Colorado corporation,

Plaintiff,

v.

LAFARGE WEST, INC., a Delaware corporation,
MARTIN MARIETTA MATERIALS, INC., a North Carolina corporation,
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,
NICK GUERRA,
ALF RANDALL, in his individual capacity and
ROBERT SCHMIDT, in his individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion for Reconsideration of Defendant's Motion Re: Supplemental Disclosures and for Leave to File Response (docket no. 124) is DENIED.  If Plaintiff believed that this court's Minute Order (docket no. 111) was incorrect, then Plaintiff should have proceeded pursuant to Fed. R. Civ. P. 72(a).

Date: August 11, 2015