**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 14-cv-01534-LTB-MJW

PARKER EXCAVATING, INC., a Colorado corporation,

    Plaintiff,

v.

LAFARGE WEST, INC., a Delaware corporation,
MARTIN MARIETTA MATERIALS, INC., a North Carolina corporation,
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,
NICK GUERRA,
ALF RANDALL, in his individual capacity, and
ROBERT SCHMIDT, in his individual capacity,

    Defendants.

---

**MINUTE ORDER**
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Unopposed Motion for Stay of Execution of Award of Attorney's Fees and Costs Pending Plaintiff Parker Excavating, Inc.'s Fed.R.Civ.P. 72(a) Objections to the Magistrate's October 29, 2015 Order (Doc 153 - filed November 30, 2015) is **GRANTED**.


Dated:   December 1, 2015

---