IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 14-cv-01534-LTB-MJW

PARKER EXCAVATING, INC., a Colorado corporation,

    Plaintiff,

v.

LAFARGE WEST, INC., a Delaware corporation,
MARTIN MARIETTA MATERIALS, INC., a North Carolina corporation,
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,
NICK GUERRA,
ALF RANDALL, in his individual capacity, and
ROBERT SCHMIDT, in his individual capacity,

    Defendants.
_____

ORDER
_____

Upon the Stipulated Request for Settlement Conference Before Magistrate Judge Hegarty (Doc 163 - filed December 23, 2015), it is

ORDERED that the Request is GRANTED. Magistrate Judge Hegarty is authorized to conduct a settlement conference regarding this matter. All other discovery and scheduling matters shall remain with Magistrate Judge Watanabe.

                        BY THE COURT:

                          s/Lewis T. Babcock
                        LEWIS T. BABCOCK, JUDGE

DATED:   December 28, 2015