IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01534-LTB-MJW

PARKER EXCAVATING, INC., a Colorado Corporation,

    Plaintiff,

v.

LAFARGE WEST, INC.,
MARTIN MARIETTA MATERIALS, INC.,
FIDELITY AND DEPOSIT COMPANY OF MARYLAND,
NICK GUERRA,
ALF RANDALL, and
ROBERT SCHMIDT,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 3, 2016**.

    The Amended Motion to Excuse the Attendance of Defendants Randall and Schmidt from the February 9, 2016 Settlement Conference [filed February 1, 2016; docket #177] is **granted in part and denied in part** as follows. Counsel for Defendants Randall and Schmidt shall ensure that their clients are available by telephone throughout the entirety of the Settlement Conference. As a cautionary note, however, if the lack of physical presence of such persons becomes a hindrance to the progress of settlement negotiations (if any), the conference may be recessed and re-convened at a time when the individual Defendants can be present, and costs of the recessed conference may be assessed against the Defendants.