**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| Elisabeth A. Shumaker | | Chris Wolpert |
|---|---|---|
| Clerk of Court | August 10, 2017 | Chief Deputy Clerk |

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** **16-1225, Parker Excavating v. LaFarge West, et al**
Dist/Ag docket: 1:14-CV-01534-LTB-MJW

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

cc: Hannah M Caplan
Jennifer Kroell Fischer
Jerome R. Geraghty
V. Aaron Hughes
Larry S. McClung
Adam P. O'Brien
William Thomas O'Connell III
Jonathan George Pray
Lisa C. Secor

EAS/at