IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 14-cv-01534-LTB-NRN
(Consolidated with Civil Action No. 16-cv-01524-LTB-NRN)

PARKER EXCAVATING, INC., a Colorado corporation,

    Plaintiff,

v.

LAFARGE WEST, INC., a Delaware corporation,
MARTIN MARIETTA MATERIALS, INC., a North Carolina corporation, and
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,

    Defendants.

---

### ORDER
---

As further set forth on the record at the pretrial conference held on November 1, 2018, IT IS HEREBY ORDERED as follows:

    1.  Defendant Lafarge West, Inc's Motion for Partial Summary Judgment on 42 U.S.C. § 1981 Retaliation Claim [Doc # 255] is DENIED WITHOUT PREJUDICE;

    2.  A second pretrial conference is set for November 15, 2018 at 9:00 a.m.; and

    3.   The parties shall file an Amended Final Pretrial Order by 11:00 a.m. on November 14, 2018.

Dated: November 1, 2018 in Denver, Colorado.

                                      BY THE COURT:

                                      _s/Lewis T. Babcock_
                                      LEWIS T. BABCOCK, JUDGE